### ADAMS agᵗ LUX

Alexander Adams plaint. agᵗ John Lux Defᵗ in an action of debt for Eight pounds due by bill & other due damages according to attachm⁺ datᵈ 7ᵗʰ July. 1676. . . . The Jury . . . founde for the plaint. Eight pounds mony according to bill & costs of Court Eighteen Shillings two pence.

Execucion issued July. 31° 1676.  [ 389 ]

### RAWSON agᵗ GLOVERS

William Rawson. plaint. agᵗ mʳ John Glover mʳ Pelatiah Glover and mʳ Habakkuk Glover. or either of them. Defendᵗˢ in an action of the case for refuseing to divide and set out to the sᵈ Rawson his part of the Reversions and inheritance of Land at Dorchester. due unto him in right of Anne his wife who was daughter of mʳ Nathanael Glover decᵈ Son of mʳ John Glover decᵈ by whome the sᵈ Reversions and inheritance was given unto four of his Sons and theire heires for ever, the sᵈ mʳ Nathanael Glover being one of them with other due damages according to attachm⁺ Datᵈ July 20ᵗʰ 1676. . . . The Jury . . . founde for the Defendᵗˢ costs of Court being twelve Shillings. The plaint. appealed from this Judgement unto the next Court of Assistants and himselfe principall in ten pounds and John Woodmansey and John Cox Sureties in Five pounds apeice, acknowledged themselves respectiuely bound in the Summes aforesᵈ . . . on condition the sᵈ William Rawson should prosecute his appeale . . .

[ See above, pp. 426, 543, and Records of Court of Assistants, i. 65.]